Eighth

AO 91 (Rev. 02/09) Criminal Complaint Felony

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR - 6 2012

David J. Bradley, Clerk of Court

United States of America
v.

Rodrigo CANTU-Estrada
*Defendant*

Case No. B-12-399-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **April 6, 2012** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **8** U.S.C. § **1326(a) and 1326(b)**,

an offense described as follows:

The defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron Country, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States

This criminal complaint is based on these facts:

The defendant was encountered by Homeland Security Investigations Task Force Officer conducting operations near Brownsville, Texas on April 6, 2012. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 2, 2009 The defendant was convicted of Burlary of a Habitation on November 16, 2007. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

❒ Continued on the attached sheet.

*Complainant's signature*

Brent Hunt , Border Patrol Agent/ TFO HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 6, 2012

*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan , U.S. Magistrate Judge
*Printed name and title*